Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

Tara Newbery, Esq.
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
tnewberry@cnlawlv.com

*Attorneys for Plaintiff*
Melodie Swanson

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **MELODIE SWANSON, on behalf of herself and all others similarly situated,** | **Case No.:** 2:14-cv-00710-JCM-PAL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **NORTHLAND GROUP, INC.,** | |
| Defendant. | |

///

///

---

**NOTICE OF SETTLEMENT**

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that this case has been settled on an individual basis as to Plaintiff Melodie Swanson's ("Plaintiff") claims against Defendant Northland Group, Inc. ("Defendant").

Plaintiff and Defendant anticipate filing a Joint Motion for Dismissal with prejudice as to the Plaintiff's individual claims and without prejudice as to the putative class members' claims within 40 days. Plaintiff requests that the Court set a deadline on or after September 1, 2014, for Plaintiff and Defendant to file a Joint Motion to Dismiss.

Dated: July 22, 2014                          Respectfully submitted,

BY: /s/ Danny J. Horen
    DANNY J. HOREN, ESQ.
    ATTORNEYS FOR PLAINTIFF

**IT IS SO ORDERED** that the parties shall have until September 2, 2014, in which to file a stipulation to dismiss.

**DATED** this 23rd day of July, 2014

Peggy A. Leen
United States Magistrate Judge

## PROOF OF SERVICE

Pursuant to LR 5-1, I hereby certify that on the 22nd day of July, 2014, service of the foregoing **NOTICE OF SETTLEMENT** was served via E-mail and Fax to Defendant's counsel, addressed as follows:

| Counsel of Record | Email/Fax | Party |
|---|---|---|
| Craig J. Mariam<br><br>Gordon & Rees LLP<br>3770 Howard Hughes Parkway, Ste. 100<br>Las Vegas, NV 89169 | cmariam@gordonrees.com<br><br>877-306-0043 | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

BY: /S/ DANNY J. HOREN
DANNY HOREN, ESQ.