Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

Tara Newbery, Esq.
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
tnewberry@cnlawlv.com

*Attorneys for Plaintiff*
Melodie Swanson

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELODIE SWANSON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHLAND GROUP, INC., <br><br> Defendant. | Case No.: 2:14-cv-00710-JCM-PAL <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

///

///

///

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff MELODIE SWANSON's voluntary dismissal of the claims against NORTHLAND GROUP, INC., in the above-captioned matter, with prejudice as to the named plaintiff, and without prejudice as to the putative class members, and without costs, disbursements, or attorney fees to any party.

Dated: August 19, 2014

BY: /s/ CRAIG J. MARIAM
    CRAIG J. MARIAM, ESQ.
    NV BAR NO. 10926
    ATTORNEY FOR DEFENDANT

BY: /s/ DANNY J. HOREN
    DANNY J. HOREN, ESQ.
    NV BAR NO. 13153
    ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED:

DATED: August 20, 2014

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL    2

Case 2:14-cv-00710-JCM-PAL  Document 14  Filed 08/20/14  Page 3 of 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER OF DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**